UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SARBJIT SINGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-881-G |
| ) | |
| PATRICK E MOORE DETENTION ) | |
| CENTER et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones (Doc. No. 5). No objection to the Report and Recommendation has been filed; nor has an extension of time in which to object been sought or granted. Accordingly, the Report and Recommendation is ADOPTED in its entirety, and this action is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 24th day of October, 2019.

CHARLES B. GOODWIN
United States District Judge