# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SARBJIT SINGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV 19-357-RAW-SPS |
| ) | |
| PATRICK E. MOORE DETENTION ) | |
| CENTER and B. BAKER, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

On September 23, 2019, Plaintiff, a pro se immigration detainee incarcerated at the Patrick E. Moore Detention Facility in Okmulgee, Oklahoma, filed this civil rights action pursuant to 42 U.S.C. § 1983 (Dkt. 1). On October 24, 2019, the Court directed Plaintiff to submit by November 14, 2019, a proper motion for leave to proceed *in forma pauperis* or to pay the filing and administrative fees for this action (Dkt. 9). On November 20, 2019, however, the Court's mail to Plaintiff was returned, marked "return to sender - not deliverable as addressed - unable to forward" (Dkt. 10).

Because Plaintiff has failed to advise the Court of his current address, as required by Local Civil Rule 5.6(a), this action is dismissed without prejudice for his failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT

PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 9th day of December 2019.

Ronald A. White
United States District Judge
Eastern District of Oklahoma